```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 02060
   NICHOLE LACKLAND
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4595

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/06/2006 and was confirmed 05/31/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/25/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
TRIAD FINANCIAL             SECURED          21886.00      6209.53       4476.00
TRIAD FINANCIAL             UNSECURED         2926.07          .00           .00
INTERNAL REVENUE SERVICE    PRIORITY          5146.49          .00           .00
INTERNAL REVENUE SERVICE    NOTICE ONLY     NOT FILED          .00           .00
CHICAGO DEPT OF REVENUE     UNSECURED         3231.00          .00           .00
HSBC CARD SERVICES          UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED          846.46          .00           .00
WILMETTE REAL ESTATE        UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED         1792.76          .00           .00
RX ACQUISITIONS LLC         UNSECURED         1888.35          .00           .00
INTERNAL REVENUE SERVICE    UNSECURED         1885.26          .00           .00
CRESCENT BANK               UNSECURED         7311.71          .00           .00
ROUNDUP FUNDING LLC         UNSECURED         1115.50          .00           .00
ROUNDUP FUNDING LLC         UNSECURED         5014.16          .00           .00
STEFANS STEFANS & STEFAN    DEBTOR ATTY       2,500.00                    1,090.97
TOM VAUGHN                  TRUSTEE                                         762.92
DEBTOR REFUND               REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                12,539.42

PRIORITY                                           .00
SECURED                                       4,476.00
    INTEREST                                  6,209.53
UNSECURED                                          .00
ADMINISTRATIVE                                1,090.97
TRUSTEE COMPENSATION                            762.92
DEBTOR REFUND                                      .00
                       ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 02060 NICHOLE LACKLAND
```

| | | |
|---|---|---|
| TOTALS | 12,539.42 | 12,539.42 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE